UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 252 PENSION PLAN, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**APPLE CURRENT CO., et al.,**<br><br>Defendants. | 2:18-CV-13710-TGB-EAS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 43)** |

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's October 5, 2021 Report and Recommendation (ECF No. 43), recommending that the Motion to Compel and Show Cause brought by Plaintiffs (ECF No. 36) be granted.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district

court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of October 5, 2021, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation of October 5, 2021 (ECF No. 59) is **ACCEPTED** and **ADOPTED**. Plaintiff's Motion is **GRANTED.**

Rodney Damaron is **ORDERED** to produce the documents requested and sit for a creditor's examination. He is also directed to **SHOW CAUSE** why he should not be held in contempt for failure to comply with subpoenas. The Court will issue a date for the hearing following the entry of this Order.

**SO ORDERED** this 15th day of March, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge